UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES G. SARAH,

       Petitioner,                      Case No. 2:03-cv-30

v.                                          Hon. Richard Alan Enslen

MICHIGAN DEPARTMENT OF
CORRECTIONS,

       Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 15, 2005, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that petitioner's application is **DISMISSED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied as to each issue raised by petitioner.

Dated in Kalamazoo, MI:                        /s/Richard Alan Enslen
April 22, 2005                                   Richard Alan Enslen
                                                    United States District Judge